**JESUS R. ROMO VEJAR, P.C.**
**Attorney at Law**
State Bar Number: 011307
Pima County Bar Number: 49092
177 North Church Avenue, Suite 200
Tucson, Arizona 85701
Telephone: (520) 628-7777
Facsimile: (520) 798-1980
E-mail:  roescritor@aol.com

**PRISCILLA FRISBY, ESQ.**
177N. Church Ave., Suite 200
Tucson, Arizona 85701
Telephone: (520) 628-7777
Facsimile: (520) 798-1980
PFrisby19@hhotmail.com
State Bar Number: 027050
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **CARMINA GUERRERO, on her behalf and on behalf of her children, Angel Uriel Hernandez, and Marcos, Hernandez; Janeth Guerrero, on her behalf, and on behalf of her minor son, Julio Cesar Valdivia; Reyna Guerrero, on her behalf and on behalf of her minor son, Reynaldo Guerrero, Ines Lugo, on her behalf and on behalf of her grandson, Francisco Guerrero; Guadalupe Tanabe; Carlos La Madrid; Susana Guerrero**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant** | NO. CIV<br><br>**COMPLAINT**<br><br>**Federal Tort Claims Act** |

Plaintiffs, for their cause of action, allege:

**JURISDICTION AND VENUE**

**I.**

1. This Court has jurisdiction to hear this Complaint pursuant to 28 U.S.C. §1346(b).

Venue is proper within the District of Arizona pursuant to 28 U.S.C. §1402(b) because all acts referred to herein occurred within the District of Arizona.

**A.**

2. The plaintiffs, are all citizens of the United States of America, and/or Permanent Resident Aliens residing within the State of Arizona, U.S.A. Various employees or agents of the United States Government while acting within the scope of their office or appointment committed the acts complained of herein.

**B.**

3. Pursuant to 28 U.S.C. §2675 the plaintiffs delivered a claim by Certified or Registered mail to the United States Customs and Border Protection. Their claim was received by that agency on November 23, 2009. On May 14, 2010, Plaintiffs received a formal denial of their claim.

**II.**

**FACTUAL ALLEGATIIONS**

4. On November 4, 2009, at approximately 4:50 a.m., the Guerrero family was fast asleep at their home at 1415 20th St., in Douglas, Arizona, when approximately fifty-five agents came bursting into their home. The agents came in cars and in helicopters; some of them broke through the front door, same through the back door, and some climbed down into the Guerrero's yard from at least one helicopter.

5. The agents belonged to the United States Customs and Border Protection (Border Patrol) the United States Immigration and Custom Enforcement (ICE) the United States Drug Enforcement Agency (DEA) and the Border Patrol Tactical Unit (BORTAC) or Special Weapons and Tactics Unit (SWAT) composed of officers and agents from several agencies.

6. The breaking agents, who were hooded and heavily armed, did not have a warrant to search the home or to detain anyone found in the house.[1]

7. The agents knew, or should have known that the house residents were all females, with the exception of six children. In spite of this information, no female agent accompanied the troops that broke into the Claimants home.

8. After breaking into the house, the agents first encountered Ms. Ines Lugo, a sixty-year-old[2] widow who is overweight and suffers from a number of infirmities including heart, asthma, rheumatic arthritis and depression. In the last two years her husband died and her only son disappeared. She was on her way out of the bathroom when she heard the commotion and found several heavily armed men facing her. In shock, she tried to talk, but the agents put a gun to her head and immediately threw her on the ground, at the same time several rifles with laser guns were aimed at her head and she was flooded with ear-piercing insults, such as "shut up, you fucking fat bitch," "don't move you fucking idiot;" when Ms. Lugo complained about pain and wondered about her daughters and grandchildren, she was screamed that her daughters "were fucked," and "will be fucking taken in."

9. The agents, almost simultaneously, broke into Ms. Carmina Guerrero's (34 years old) bedroom situated adjacent to her two children's bedroom, Angel Uriel Hernandez (7) and Marcos Hernandez (10). Three agents carrying high caliber rifles ripped Carmina's blankets and blasted a heap of obscenities at her. Carmina woke up in shock; she was sleeping naked. The agents screamed, "There is woman naked here," and stood watching her instead of providing her with clothing.

---

[1] Subsequent to the search, detention and destruction of property (at 1:30 p.m. the same date) the Border Patrol obtained a search warrant form Magistrate Bernardo Velasco to search the premises for computers and software.
[2] All ages provided herein are as of the time of the incident, November 4, 2009.

10. When Carmina complained that she didn't have any clothes, the agents screamed," You fucking whore, you don't deserve any respect." Carmina's children woke up and were given the same treatment. The laser weapons were pointed at them; they were thrown out of bed and told to go to their mother's bedroom. Once there, the agents continued pointing the laser guns at them and screamed the same obscenities at them.

11. After a few minutes, Carmina was given clothes and was handcuffed, and all three were taken to the living room; Marcos, the ten year old remembers the loud curses and the laser rifle pointed at him, and he asked the officers, crying, "Why, I'm just a kid, ten years old?" Because he felt he was about to suffer an asthma attack he asked the officers for his inhaler, but was told to, "Shut the fuck up." He then suffered an asthma attack, and although the child and mother repeatedly asked for the asthma medicine that was in the kitchen, the agents refused for a while to provide it to the child, answering instead with another barrage of obscene insults Finally, one of the officers calmly went to the kitchen and retrieved the inhaler and gave it to the child.

12. After about twenty minutes in the living room, the gents learned of Carmina's name, when they did, one of the agents picked her up by her hair and handcuffs and told her, "You are under arrest, you fucking bitch." All of these were done in front of her children and other children (see below). When Carmina asked the reason for her arrest, she was screamed, "Shut up, you fucking bitch, or it'll be a lot worse for you and your fucking sisters."

13. At the same time, several agents burst into the room of Susana Guerrero (30) who was sleeping in the same room with a sister and nephew and dressed solely in her underwear; she was thrown from her bed to the floor, while the agents screamed that she was, "The number one fucking suspect," and she was a 'fucking whore." The agents pointed the weapons at her head and dragged her to the living room.

She was never given any clothes, or shoes and she was taken out of the house almost immediately.

14. The Agents at once entered the room of Reyna Guerrero (24) who was sleeping at the same bedroom as her Mother, Ms. Lugo, and her one and one half year old, son Reynaldo Guerrero. Because Ms. Lugo had left her door open on her way to the bathroom, Reyna was awakened by the screams and was startled as she viewed the police point a weapon at her mother's face and throw her to the ground. She was anguished at the thought that her mother might succumb to a heart attack; she called upon the police to stop, and her son started crying; no sooner had she cuddled him and sat up with him on his arms that the officers ran into her room and started yelling, "You fucking bitch, get to the floor," and "your fucking baby is fine, you bitch, shut up because your fucking mouth is going to get you into more trouble than you already are."

15. Reyna's mother began asking her questions, but Reyna was unable to answer. She then saw her sister Susana, handcuffed and being pushed outside, wearing only panties, while the officers laughed and mocked her stating that they had caught the *"numero uno."* She then observed as his nephew Marcos had an asthma attack and the officers would not allow him to get the inhaler, or his sister Carmina to provide him with the inhaler and how the officer let the child suffer immensely until he calmly stood up and retrieved an inhaler from the kitchen and offered to the boy.

16. Reyna also observed as her sister Carmina was identified by another officer and was then grabbed by the hair and handcuffs, and pushed outside. Then a Border Patrol agent came into the house and asked for the younger sister, Reyna; when she identified herself, she was pushed out of the house.

17. Guadalupe Tanabe (21) woke up when she heard the agents screaming, she went to open the door to the her room and encountered several officers pointing their rifles at her face and screaming, "Get on the ground you son of a bitch;" she fell

backwards on the bed, and was grabbed by the neck by an officer who yelled, "Get on the ground, you bitch." She was then thrown on the floor.

18. Guadalupe's nephew, Francisco Guerrero (14) was in the same room, Guadalupe saw when they grabbed him and as she protested that he was a minor, she was told to "shut the fuck up," as her face was again pushed onto the ground. She then saw her nephew next to her. Francisco started crying, and shaking, he said, "Why are you pointing a gun at me?" She then told the agents that it was wrong to point a gun at a fourteen year old.

19. Guadalupe was then taken outside with her nephew Francisco; he was only wearing pants, no shirt or shoes. She saw officers from the Border Patrol and the DEA as well as members of BORTAC or the SWAT unit.

20. Francisco Guerrero (14) was sound asleep when he was awaken by the officers screams; he was unsure of the source until the police broke into his room; he saw as her aunt, Guadalupe was slammed on the ground, and although she repeatedly told them that I was a minor, they yelled, "I don't give a fuck," and "Shut the fuck up." The officers then grabbed Francisco threw him to the ground and handcuffed him. He was terrified. While on the ground Francisco noticed a light behind him and when he turned to see what it was, he saw a large weapon pointing right at him with a laser light He remembers being more frightened than he has ever been in his life. He was then taken outside wearing only his pants and was not allowed to put on shoes, or a shirt.

21. Carlos La Madrid Guerrero (18) got up close to five a.m. that morning to get a drink of water in the kitchen; he saw someone running outside and heard loud voices. He was frightened and headed back to his room, he saw as his grandmother, Ines Lugo came out of the bathroom; he then heard the front door break and yells of "down to the ground." He hid in his room and could hear as his cousins were yelling and crying. He heard two agents come into

his room and yell, "cleared." He was so frightened he could not get his voice to make sounds. He finally yelled, "I'm here,"

22.   Three agents rushed into the room screaming to "put his fucking hands up," while another yelled to uncover himself because he had a blanket on top of him; he was picked up, kicked and slammed on the ground where be was handcuffed. Carlos was dressed in boxers only. He was then picked up and taken to the living room.

Carlos's hands were badly hurting because the handcuffs were to tight, and he asked one of the agents to loosen them. In response, one of the agents told him to "shut the fuck up," and a litany of other curses. The agent then picked him up and took him to his room where he threw him against the wall, held him pressed against it and told him that he was in charge and he better "fucking listen, or [he] would taze him right there." Because he noticed that Carlos was limping (he had had recent knee surgery) the agent called him a "fucking crooked bastard."

23.   The agent returned Carlos to the living room where he slammed him against the ground, only to pick him right up and take him outside dressed only in his boxers.  As he was taken outside, Carlos saw how his grandmother was being yelled for not hitting the ground as fast as she was told, Carlos complained and, again, another agent slammed him against another wall.

24.   Janeth Guerrero (32) is a widow; she suffers from depression caused by the assassination of her husband one and one half years ago. She was sleeping with her son, Julio Cesar Valdivia who is one year and ten months old. Julio Cesar suffers from asthma and lack of organic self-immunity. She heard the loud noise of the door breaking and the screams of the agents. Thinking of her mother, she ran out to her mother's room located right across her bedroom; she saw as agents were pushing her mother and she screamed to "leave her alone." One of the agents put a rifle to her face and said, "Move, you bitch." She returned to her room where Susana and her baby were on the bed.

24. Janeth and Susana were taken from the bed and thrown on the floor where they were told to hold their hands on their head. Julio Cesar started crying when he saw that the men were screaming and were pointing laser weapons at her mother and aunt. Unable to breath, he started chocking and Janet asked if she could hold the child because he could not breath. The agents said, "No, you fucking bitch, your son is fine." but as the child turned blue, she asked again, and was again told to "shut the fuck up." She then disobeyed them and held him.

25. She then saw as her sister Susana was identified as the "suspect numero uno," and taken out with a rifle pointed at her head. She saw as well how Carlos could not properly put her face down because of his left knee injury, and how he was picked up and taken to another room as he was called a "fucking crooked bastard."

26. Because Janeth's son was crying so much, the agents, decided to take her and the child outside, they were taken for ten minutes, but it was so cold, and the child was shivering so hard, that she was returned to the living room for another ten minutes and then taken outside again.

27. While in the living room she observed as her nephew Marcos had an asthma attack and neither she nor Carmina were allowed to help; she ten saw as Carmina was pulled by the hair and taken out of the house, and then she and her mother, child and small nephews were taken out of the house, outside.

28. That morning the temperature had dropped to 37 degrees; it was the hour, at the crack of dawn, when the cold bites the hardest, and it was made the more insidious because of the wind whipped up by the helicopter hovering overhead. Carlos, dressed only in boxers was sat on the ground next to Francisco who was also barefooted and shirtless. Susana and Guadalupe were placed next to them for a little while. Susana was wearing only her underwear and no shoes. Susana and Guadalupe were then separated from Carlos and Francisco.

29. The officers kept yelling incessantly; they then brought a dog and searched twice around the outside premises. An officer then took photographs of everyone, but another officer told the photographer to erase the photos taken. He then went into the house and brought two shirts for Carlos and Francisco, and photos were re taken. They were kept on the ground for about thirty minutes and then they were taken to a van where Guadalupe was kept. After about two hours one of the agents brought a blanket to cover Carlos leg, as it appeared infected. Carlos observed as some of the officers were screaming jubilantly outside, as if they had just won a war battle without casualties.

30. After about three hours, Carlos hands were turning purple because the handcuffs were so tight and an officer came and took the handcuffs off, brought him some pants, and let him go barefooted. He was told that he could not return to the house because it would be searched all day.

31. Francisco was terrified, and freezing. He started crying when he was placed on the ground outside. He had only pants and no shoes, when he asked for a shirt and shoes, he was told, "hell no, the cold wont kill you." When an officer saw him crying he told him, "shut up fuckhead,' and threatened if he continued crying, "You wanta be bitten by a dog so early in the morning?" After that he was photographed, and the pictures retaken with him wearing a shirt, he was taken with Guadalupe and Carlos to a van where he stayed for about half an hour when he was allowed to leave with her grandmother and cousins.

32. Reyna was taken outside and placed in a car. She was terrified, and screaming about her baby who had been separated from her. After a long while she was told that her baby and her nephews had been allowed to leave with her mother. She sat in a border patrol vehicle for over three hours, until she was told that she could leave along with everyone else. She asked if she could return to the house, but was told that "the house [was theirs] until they were finished with it."

33. She was allowed to leave with her sisters Carmina, Susana and her cousin Guadalupe and her nephew Carlos. Susana was left in shorts, and barefooted. Carlos was also barefooted. They walked ten blocks to their cousin's home.

34. Guadalupe was placed outside next to Susana, Carlos and Francisco. Susana was taken to a car, where a border patrolman sexually accosted her; in the meantime Carlos and Francisco were shivering with fright and cold. She asked the agents to bring clothes for the teenagers but was told to "shut the fuck up." The agents then threatened Carlos and Francisco because they were complaining, he said, "If you don't shut the fuck up, I'll taze, you." When Francisco started crying, an agent approached and she heard him telling him "shut up because you are too young to be bitten by a dog."

35. She was taken to a van where later, Carlos and Francisco were also placed; she and Carlos remained there for the next three or four hours. Francisco was allowed to leave after about twenty minutes. He left barefooted. Guadalupe and Carlos were allowed to leave with the rest, but they were told that they could not enter the house.

36. Susana was placed outside with bare clothing. Although she continuously asked for clothes and shoes, she was denied them. She was then placed in a separate car, while in the car a border patrolman made sexual remarks and innuendo. She was kept there for approximately four hours when she was told that she could leave. She left almost naked and barefooted and walked ten blocks with her sisters to their grandparents home.

37. Carmina was pulled by her hair in front of her children and taken outside the house, all the while, agents were calling her obscene names, and telling her that she was arrested and was going to spend most of her life in prison. When she asked why, she was told to, "shut the fuck up," She was then taken to a car where she endured four more hours of screaming obscenities by agents who came to laugh at her.

38. After about four hours, an agent came to tell her that she was free to go and that they had not found anything in the house. She left walking with her sisters.

39. Janeth and her son Julio Cesar were taken to a van with Janeth's mother, Ines, but the van was too high and Ines could not get into it. She was kept there for about one half hour when she was told that she could leave.

40. Ines Lugo was taken back into the house where she was kept for about an hour. She was continuously insulted in front of her grandchildren. She was then thrown out of her home with her grandchildren Reynaldo, Marcos and Angel Uriel, and when she inquired about her daughters, she was told that she was not going to see them as they were going to the fucking joint."

**Aftermath.**

41. About three that afternoon, Ines and her daughters and grandchildren were allowed to return to the house. The house had been utterly destroyed. The photos of her dead husband and her missing son had been ripped and their frames destroyed and thrown on the ground. The front and back doors were broken and most of the bedroom doors were displaced. The beds were broken, the children's toys were destroyed; All of their belongings, utensils and other furniture had been taken out and left on the floor. There were holes in the walls, ceilings, ducts, and the back yard had been excavated and there were large holes on the ground.

41. A copy of a warrant obtained at 1:30 p.m. was left in the house. There were missing money, receipts and personal belongings.

### III.  DAMAGES

42. Most of the family is suffering from symptoms of post-traumatic stress; all of them had high caliber weapons with lasers pointed at them. All thought that they would die that morning. All of them were screamed, assaulted and manhandled; following the

axiom that there is responsibility for victims as they are found, some as Ines, Janeth, Julio Cesar and Marcos were already suffering depression, weak disposition and asthma. All who are able to speak complain that this was the worst day of their lives and live tormented by the anguish of another break in:

43. Ines Lugo thought she would die. She could not breath and she is overwhelmed with sadness and depression at the thought of what she observed and personally suffered. She was especially affected by the immediate thought of death for her or members of her family, and by the insults and destruction of her personal photos that she took as a message of what they intended to do to them.

44. She is terrified of being alone, and is taken aback by any loud noises; she cannot sleep, and she is afraid of any estrangers and of being home and is always expecting someone to break into the house.

45. Ines had discontinued seeing a therapist for her depression but because of this incident she is so depressed that she has returned to see her therapist. She avers damages in the amount of $1,000,000 dollars.

46. Julio Cesar Valdivia is terrified of any loud noises. He is constantly crying, and if he sees a uniformed officer, he starts shaking and crying. He cannot sleep well; he has nightmares, and is constantly startled and afraid. He is not yet two but he has been greatly affected by the events of the morning of November 4. His mother avers damages in the amount of $1,000,000 dollars.

47. Reynaldo Guerrero is about the same age and shows manifestation of the same symptoms; he does not sleep well, he wakes up screaming; he is afraid of loud noises and of uniformed officers who think they will harm him or his mother. His mother avers damages in the amount of 1,000,000 dollars

48. Marcos and Angel Uriel Hernandez were unable to return to classes for a week. Marcos keeps constantly thinking about how he and her mother and brother were almost killed, and how the agents broke in, mistreated him, his brother, cousins, mother, grandmother and aunts, and how he had an asthma attack and not allowed to get the inhaler. He is always asking why they would want to kill a child. He and Angel show symptoms of post trauma and are unable to sleep well, and are often startled and frightened. Their mother avers damages of $1,000,000 dollars for each child.

49. Francisco Guerrero, the fourteen year old, thinks of this day as the worst in his life. He is afraid and humiliated. He is unable to understand why, even after they saw his identification and became aware that he was a minor, the agents persisted in torturing him and frightening him with weapons and dogs. He missed school for a week and has been unable to sleep or eat and conduct a normal life with his peers. He is afraid to be alone, and of the police. Unlike before, he is often sad and depressed. His grandmother avers damages in the amount of 1,000,000 dollars.

50. Carlos is equally frightened. He was taken to the hospital because the handcuffs swelled his arms. He is unable to understand the viciousness and sadism of the officers. He has trouble sleeping, and is easily startled. He feels guilty because he was the only adult male (18) in the house and was unable to protect the family. He is frustrated, humiliated, and emotional. He avers damages in the amount of $500,000 dollars.

51. Janeth is constantly crying; she has lost the ability to control her emotions. She is utterly depressed and feeling guilty for not being able to protect her child Julio Cesar, who is badly shaken by the events. Janeth had overcome her grief and depression of losing her husband, but is now overwhelmed and is returning to therapy. She as her mother and child are very afraid of being

alone. She cannot sleep and she is easily startled and frightened by loud noises. She has lost self-esteem and believes that the officers treated her as trash. She avers damages in the amount of $835,000 dollars.

52. Susana suffers from insomnia, panic attacks and fear of any loud noises. She is unable to eat or to sleep well, and is under medical treatment for these symptoms. She avers damages in the amount of $500,000 dollars.

53. Reyna also thinks of this day as the worst of her life. She is traumatized by the events and feels guilty that she was unable to protect Reynaldo, her son, or Ines, her mother. She avers damages in the amount of $500,000 dollars.

54. Guadalupe is still shocked by the events. She is angry and overwhelmed, and unable to understand why the agents did so much damage to her aunt and cousins, and to their homes. As her aunt and cousins, she is afraid to be alone at home, and has trouble sleeping and eating. She avers damages in the amount of $500,000 dollars.

55. Carmina feels guilty, angry and impotent at her inability to protect her mother and children, she suffers bouts of depression and humiliation. She has lost her expectation of privacy and feels, as the rest of the family that the officers will burst at any given moment. She suffers from the loss of dignity and self respect at having been seen naked in the privacy of her home. Douglas is a small community and she immediately saw the agents laughing and making fun other. She is traumatized and cannot sleep, eat or enjoy life as she did before November 4, 2009. She avers damages in the amount of $500,000 dollars.

Wherefore Plaintiffs hereby demand a trial by jury and

Plaintiffs pray for judgment against the defendant as follows:

1. For their general and special damages incurred herein in a sum deemed reasonable and just but for no less than $9,335,000 dollars in the aggregate.
2. For punitive or exemplary damages against the defendant.
3. For their assessable costs incurred herein.
4. For such other and further relief as seems proper in the premises.

Dated this 9th day of November 2010.

/s/_____
Jesús R. Romo Véjar, Esq
Priscilla Frisby, Esq.
Attorneys for Plaintiff