ROBERT PITMAN
United States Attorney
Western District of Texas
CLAYTON R. DIEDRICHS
Assistant United States Attorney
Colorado State Bar No. 16833
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Telephone: (210) 384-7310
Facsimile: (210) 384-7312
clayton.diedrichs@usdoj.gov
ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CARMINA GUERRERO, on her behalf and on behalf of her minor children, A.U.H, and M.H.; Janeth Guerrero, on her behalf, and on behalf of her minor son, J.C.V.; Reyna Guerrero, on her behalf and on behalf of her minor son, R.G.; Ines Lugo, on her behalf and on behalf of her grandson, F.G.; Guadalupe Tanabe; Carlos La Madrid; Susana Guerrero<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO. 4:10-CV-666-TUC-DCB<br><br><br><br><br>STATEMENT OF FACTS IN SUPPORT OF MOTION TO DISMISS FOR LACK SUBJECT MATTER JURISDICTION |

Defendant, pursuant to Local Civil Rule 56.1(a), submits the following statements of facts in support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction.

1. On November 3, 2009 a search warrant was issued by the United States District Court for the District of Arizona on the residence located at 1415 20th Street, Douglas, Arizona. The warrant was issued by a Magistrate Judge on November 3, 2009, when

the Magistrate Judge found that there was probable cause to believe that Susanna Guerrero, a resident of the premises was the head of an alien smuggling organization. (Ex.1 – Search Warrant).  The Court found probable cause to believe that the residence would contain property constituting evidence of the commission of a criminal offense, contraband, or other things otherwise criminally possessed, or property designed or intended for use or which is or has been used as the means of committing a criminal offense.

2. The search warrant was a result of an investigation initiated by Douglas Station Intelligence Unit with regards to an illegal alien smuggling organization. Information conveyed in the Affidavit attached to the warrant indicated that the subjects inside the structure had a history of violence and that there were weapons located in the residence that were easily accessible.  As the warrant was deemed to be a high- risk warrant, the Tucson Sector BORTAC Unit assisted in the execution of the warrant by making the initial entry and securing the occupants.

3. The Breach Team, which consisted of two BORTAC agents, approached the front door of the residence, knocked and announced that they were Police and that they had a warrant.  They checked the door, found that it was unlocked.  The BORTAC Entry Team, which consisted of six agents, then moved into the structure and began moving through the structure clearing each room to secure the structure.

4. BORTAC Entry team encountered a total of 11 subjects inside the structure.  Four of the subjects were secured outside in the Personnel Holding Area and the remaining seven (to include five minor children) were held inside the residence.

5. The BORTAC Unit executed the entry into the residence without any significant altercations or difficulties and there was no use of force incidents as a result of entry. (See Ex. 2 – Affidavit of BORTAC Commander Clint Stoddard).

6. The operation was supported by Douglas Border Patrol Station, Douglas ICE Office, Douglas Police Department and Arizona Department of Public Safety GIITEM Agents.

7. The only person who complained of injury during the encounter was Carlos La Madrid. Mr. La Madrid resisted being handcuffed and complained that he had previously broken a wrist or hand. Mr. La Madrid did not have a cast or bandage or any other visible indication of injury to his wrists and/or hands. Mr. La Madrid was non-compliant with BORTAC agents and they were required to use physical control techniques on him in order to get him to comply with their commands. Mr. La Madrid did complaint of leg pain due to a recent knee surgery while detained in the Personnel Holding Area.

8. At approximately 6:35a.m., the main structure and surrounding structures were deemed secure. The premises was turned over to the Douglas Station Intelligence and the search warrant was executed by Border Patrol Agents from the Intelligence Unit. (Stoddard Declaration).

9. The Border Patrol Agents executing the warrant located numerous items relating to alien smuggling, including Mexican registration cards belonging to person not residing at the residence, a hand written ledger containing possible smuggling expenses, United States and Mexican passports belonging to person not residing at the residence, numerous cell phones, and various other items. Carlos La Madrid and

Reyna Guerrero, two of the residents of 1415 20th Street, Douglas, Arizona were indicted on September 23, 2009 for Conspiracy to Transport Illegal Aliens for Profit, Transportation of Illegal Aliens for Profit, and Aiding and Abetting.

Respectfully submitted this 17th day of October, 2011.

        **ROBERT PITMAN**
        UNITED STATES ATTORNEY
        WESTERN DISTRICT OF TEXAS

By:   */s/ Clayton R. Diedrichs*
        **CLAYTON R. DIEDRICHS**
        Assistant United States Attorney
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jesus R. Romo Vejar, Esq.
Priscilla Frisby, Esq
Jesus R. Romo Vejar, P.C..
177 N. Church Ave., Suite 200
Tucson, AZ 85701

   */s/ Clayton R. Diedrichs*
**CLAYTON R. DIEDRICHS**
Assistant United States Attorney